| AO 10 Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Propst, Robert B. | 2. Court or Organization<br><br>U. S. District Court, ND/AL | 3. Date of Report<br><br>05/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>P. O. Box 820<br>Anniston, AL 36202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Propst, Robert B.**

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Colonial Bank, Anniston, AL (CD) | A | Interest | K | T | | | | | |
| 2. Amerisure Mutual Fund, MN investments- | A | Dividend | | | Redeemed | 04/27/10 | K | D | |
| 3. Oppenheimer Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 4. Regions Bank Anniston, AL (CD ) (several CD's) | B | Interest | M | T | | | | | |
| 5. Regions Bank Anniston, AL CD | A | Interest | K | T | | | | | |
| 6. Insurance Cash Surrender-In Trust (Regions Bank) | A | Interest | K | T | | | | | |
| 7. Regions Bank Anniston, AL Cash-checking | A | Interest | K | T | | | | | |
| 8. Annuity-Fidelity Fund (Fidelity Ins.) | B | Dividend | N | T | | | | | |
| 9. AG Edwards, Anniston, AL (Money Mkt Acct) | A | Interest | J | T | | | | | |
| 10. Hoover, AL Municipal Bond | B | Interest | K | T | | | | | |
| 11. Mineral Rights, Fayette County, AL | A | Royalty | J | W | | | | | |
| 12. Regions Bank Checking | A | Interest | J | T | | | | | |
| 13. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 14. Lincoln National Life Annuity accts) | A | Interest | J | T | | | | | |
| 15. Hartford Insurance Annuity | C | Interest | L | T | | | | | |
| 16. Western Southern Annuity | C | Interest | L | T | | | | | |
| 17. 1/2 int Calhoun Cty unimproved real estate | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Propst, Robert B. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Noble Bank & Trust Company Common Stock | | None | K | T | | | | | |
| 19. Noble Bank & Trust - Checking | A | Interest | J | T | | | | | |
| 20. Noble Bank & Trust CD | B | Interest | K | T | | | | | |
| 21. Wells Fargo Bank CD | C | Interest | L | T | | | | | |
| 22. Southern States Bank CD | C | Interest | L | T | | | | | |
| 23. Noble Bank & Trust CD | B | Interest | L | T | | | | | |
| 24. Southern States Bank - checking | A | Interest | J | T | | | | | |
| 25. Fidelity Contra Fund | B | Dividend | K | T | | | | | |
| 26. Fidelity Puritan | B | Dividend | K | T | | | | | |
| 27. Fidelity Balanced | B | Dividend | K | T | | | | | |
| 28. Fidelity Blue Chip Growth | B | Dividend | K | T | | | | | |
| 29. Fidelity Contra Fund | B | Dividend | K | T | | | | | |
| 30. Fidelity Blue Chip Growth | B | Dividend | J | T | | | | | |
| 31. Black rock Global - mutual | A | Int./Div. | K | T | | | | | |
| 32. Franklin Income | C | Int./Div. | K | T | | | | | |
| 33. Thornburg Limited Mun. Fund | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A G Edwards now Wells Fargo Securities
Southtrust Bank became Wachovia and then Wells Fargo.
Per your direction, I have listed the various Fidelity Funds separately. It is difficult to determine income as opposed to appreciation on the mutual funds.
Blackrock Global & Franklin Income are in a Wells Fargo Account.
Thornburg Mun. Fund is in a Morgan Keegan Account.
Blackrock is Global Allocation Class C MCLOX
Franklin is CL C FCIS X
Some income is partial estimate.

The Fidelity Fund (Fidelity Ins.) includes:
(1) Fid VIP Equity Inc. Value L
(2) Fid VIP Growth Value L
(3) Fid VIP GR & Income Value K
(4) Morgan Stan Emerg Mkt Eq Value L
(5) Wells Fargo Advty VT Discovery Value K
(6) Invesco VKU.I. Global EQ Value K

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert B. Propst**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544